IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND and JERRY SHAE (In his Capacity
as Trustee),

        Plaintiffs,

  v.

CEILING CONSTRUCTORS, INC.

        Defendant.

Case No.: 14-cv-701

---

## DENIAL OF ENTRY OF DEFAULT

Plaintiffs have requested that the Clerk of Court enter default against defendant Ceiling Constructors, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  On 12/2/2014 a Summons Returned Executed/Certificate of Service was filed with the court indicating that Ceiling Constructions Inc., was served.  The named defendant in this case is Ceiling Constructors, Inc.  Entry of default is denied as to Ceiling Constructors, Inc.

Dated this 19th day of February, 2015.

                                        s/L. Kamke, Deputy Clerk
                                        PETER OPPENEER
                                        Clerk of Court
                                        United States District Court
                                        Western District of Wisconsin