UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND, and
JERRY SHAE (in his capacity as Trustee),**

      **Plaintiffs,**

 v.                                                  Case No. 14-cv-701

**CEILING CONSTRUCTORS, INC.,**

      **Defendant.**
_____

### ENTRY OF DEFAULT
_____

      The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendant in the above-captioned matter, Ceiling Constructors, Inc., has failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact have been made to appear by the Affidavit of the attorney for the Plaintiffs;

      The Clerk hereby enters the default of Defendant Ceiling Constructors, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

      Dated this  2nd  day of  __March__, 2015.

                                                    s/L. Kamke, Deputy Clerk
                                                    Clerk of Court, Peter Oppeneer