IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION              ORDER AND ENTRY
FUND and JERRY SHAE (in his capacity        OF INJUNCTIVE RELIEF
as Trustee),

                Plaintiffs,

                                     14-cv-701-bbc

    v.

CEILING CONSTRUCTORS, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A motion for default judgment brought by plaintiffs in the above-captioned action was submitted to the court and filed with the clerk. The court finds that defendant Ceiling Constructors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

The court further finds that defendant Ceiling Constructors, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to plaintiff funds and by failing to submit to an audit of the company's books and records by plaintiff fund's designated representative covering the period of November 1, 2008 to the present date.

Plaintiff fund must conduct an audit of defendant's payroll records to liquidate its

1

claims and proceed to judgment.

IT IS HEREBY ORDERED THAT:

1.      Defendant Ceiling Constructors, Inc. shall submit within ten (10) days of the date of this order to an audit of the company's books and records by plaintiff fund's designated representative covering the period November 1, 2008 to the present date; and

2.      The results of said audit shall be submitted to the Court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of plaintiff fund to include all contributions, interest and liquidated damages due plaintiff fund as reported by the auditor, along with plaintiffs' costs and attorney's fees.

Entered this ___11th___ day of March, 2015.

BY THE COURT:

Barbara B Crabb

BARBARA B. CRABB
District Judge