UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND, and
JERRY SHAE (in his capacity as Trustee),

Plaintiffs,

v.                                          Case No. 14-cv-701

CEILING CONSTRUCTORS, INC.,

Defendant.

### ORDER FOR CONTEMPT

Upon the Plaintiff Fund's motion and upon the files, records, and proceedings herein and heretofore had in the above-entitled action:

**IT IS HEREBY ORDERED** that the above-named Defendant Ceiling Constructors, Inc., and its principle owner Brett Ehnes, be and hereby are in contempt for violating this Court's Order requiring them to submit to an audit of the company's books and records for the period November 1, 2008 through the present;

**AND ARE HEREEBY DIRECTED** to purge themselves of said contempt by submitting to an audit of the company's books and records for the period November 1, 2008 through the present, and to pay Plaintiffs' attorney's fees and costs for the filing of their motion of contempt in the amount of $1,134.00.

**IT IS FURTHER ORDERED** that if the designated responsible party for the above-referenced Defendant, Brett Ehnes, does not purge the contempt within ten (10) days of service of this Order, the Court upon motion by Plaintiffs will issue an Order to the United

States Marshals Service to apprehend the designated party for his failure to appear and bring him before this Court.

Dated this 21st day of August, 2015.

BY THE COURT:

Barbara B. Crabb
U. S. District Court Judge