UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND, and
JERRY SHAE (in his capacity as Trustee),

        Plaintiffs,

v.                              Case No. 14-cv-701

CEILING CONSTRUCTORS, INC.,

        Defendant.

---

## ORDER AND ENTRY OF JUDGMENT

Motion for default judgment brought by the Plaintiffs in the above-captioned action was submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1. Defendant Ceiling Constructors, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2. Defendant Ceiling Constructors, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Fund.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of the contempt fine, attorney's fees and costs.

4.  The court assesses the total damages to the Plaintiffs in the sum of $1,634.00.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund and Jerry Shae (in his capacity as Trustee), recover from the Defendant Ceiling Constructors, Inc. and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant Ceiling Constructors, Inc. in the amount of $1,634.00 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 26th day of February, 2016.

_Peter Oppener_
Clerk of Court

_Vivian Ohms_
Deputy Clerk

Dated and approved as to form this 19th day of February, 2016.

BY THE COURT:

_Barbara B. Crabb_
U. S. District Court Judge

- 2 -